IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPROUL HILL ASSOCIATES, L.P.** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **NEWELL RUBBERMAID INC., et al.** | : | NO. 13-4998 |
| *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 18th day of December, 2013, upon consideration of Defendants' Motion to Dismiss (Docket No. 6) and Plaintiff's Opposition thereto (Docket No. 7), it is hereby **ORDERED** that Defendants' Motion is **DENIED.**

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1